

## DICELLO LEVITT GUTZLER

7556 MENTOR AVE.   MENTOR, OHIO 44060

MARK A. DICELLO
MDICELLO@DICELLOLEVITT.COM
440.953.8888

January 23, 2020

**Via ECF**
The Honorable Brian Martinotti
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

          **Re:**    *Davis v. GEICO Indemnity Co.*, Case No. 3:20-CV-00441

Dear Judge Martinotti,

      Pursuant to Local Civil Rule 201.1, this case was referred to compulsory arbitration. Plaintiff submits this letter to inform the Court, pursuant to Local Civil Rule 201.1(d)(3), that this is a class action in which the relief sought consists of both injunctive relief and damages in excess of $150,000, exclusive of interests and costs and any claim for punitive damage. Thus, Plaintiff respectfully submits that this case is not eligible for compulsory arbitration pursuant to Local Civil Rule 201.1(d)(1).

                                     Sincerely,

                                      */s/ Mark A. DiCello*
                                      Mark A. DiCello
                                      **DiCello Levitt Gutzler LLC**

It is so ordered this 13th day of February, 2020.

Brian R. Martinotti, U.S.D.J.