## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIM DAVIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GEICO INDEMNITY COMPANY,<br> a foreign corporation<br><br>    Defendant. | CASE NO.: 3:20-CV-00441<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Plaintiff Kim Davis hereby dismisses the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

Dated: May 1, 2020

Respectfully submitted,

/s/ *Mark A. DiCello*
Mark A. DiCello
**DICELLO LEVITT GUTZLER LLC**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com

Adam J. Levitt
Daniel R. Ferri
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

"SO ORDERED."

*[signature]*

May, 1, 2020          Brian R. Martinotti, U.S.D.J.